# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| KEON WILLIAMS, | |
|     Plaintiff, | 5:24-cv-70 |
| v. | |
| PEARSON POLICE DEPARTMENT, CITY OF PEARSON, and DERRICK TOUCHTON, | |
|     Defendants. | |

### ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to dismiss Plaintiff's claims against Pearson Police Department and City of Pearson. Dkt. No. 10. Plaintiff has not filed Objections, and the time to do so has elapsed.

Accordingly, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **DISMISS** Plaintiff's claims against Defendants Pearson Police Department and City of Pearson. Plaintiff's claims against Defendant Touchton remain pending.

**SO ORDERED,** this 22 day of September, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA