# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

KEON WILLIAMS,

    Plaintiff,

v.

DERRICK TOUCHTON,

    Defendant.

CV 524-070

## ORDER

On October 6, 2025, the Court ordered Plaintiff to show cause within fourteen days why his complaint should not be dismissed for failure to notify the Court, in writing, of a change in his address. Dkt. No. 18. The Court warned Plaintiff that his "failure to respond to this Court's Order or to otherwise show cause why his case should not be dismissed shall result in the dismissal of this cause of action, without prejudice." Id. Plaintiff has failed to respond. Indeed, Plaintiff's service copy of the Court's Order was returned as undeliverable. Dkt. Nos. 19, 20. Accordingly, Plaintiff's complaint is **DISMISSED without prejudice**. The Clerk is **DIRECTED** to close this case.

SO ORDERED, this 2 day of December, 2025.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA