AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

KEON WILLIAMS,

    Plaintiff,

              **v.**

DERRICK TOUCHTON,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  5:24-cv-070

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated December 2, 2025, Plaintiff's complaint is dismissed without prejudice for failure to follow the Court's Orders and Local Rules. This case stands closed.

Approved by: _____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

December 2, 2025
*Date*

John E. Triplett, Clerk of Court
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/2020